2:24-CV-1024-JLB-KCD
11/4/24

Hello, My Name is Nathan Virtue. I am a inmate at Charlotte County Jail. In Punta Gorda, FL.

I am writing this letter as I beleive our civil rights are being violated. I Beleive our 8th Amendment. As most inmates here including myself are being denied mental Health treatment and or Medication.

I have been on medications since I was a child and Been diagnosed with several mental Health disorders. And I never would have thought my medications would be denied here, as this is a privatly owned facility and is also a federal holding facility.

There is one Mental Health Doctor here, witch only works about 4 hours a week, and dose not like to prescribe Medications. I have wrote 35+ sick calls, And 6 greivences, and I am being held in medical without my medications for reasons I don't understand. Dr. Saffron told me the one time I saw him that it is all in my head, and to say the serenity prayer.

11/9/24

I have met many people that have been on the list to see Dr. Saffron for over 6 months. I have wrote the A.D.A. and A.C.L.U. But nothing has been done. As my case is a mental Health case. And I Need treatment, As Panic Attacks, high blood Pressure and Anxioty makes it so I dont eat or sleep.

I am from Illinois and they treat all people with mental Health disorders. Please help, as most inmates here need mental Health treatment and medication. I Think it's kinda cruel to put one Dr in charge of all 800 inmates medications. Especially people like me who have been on medications most there life. And when write grievances get sent to a medical wing in retaliation. Please help, or help us find someone who can help.

Thank you.

Sincerly *[signature]*
Nathan Virtue 106198
26601 Airport Rd
Punta Gorda, FL
33982